**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | West Ridge Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3237951 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 310 Lawless Road<br>Suite 130<br>Morgantown, WV 26501<br>Number, Street, City, State & ZIP Code | PO Box 4034<br>Morgantown, WV 26504<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Monongalia<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **West Ridge Inc**                                                        Case number (if known)
         Name
No. 0:25-bk-00451    Doc 1    Filed 08/18/25    Entered 08/18/25 12:47:06    Page 3 of 11

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

|   | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 18, 2025**
             MM / DD / YYYY

X **/s/ Ryan Lynch**                                    **Ryan Lynch**
  Signature of authorized representative of debtor       Printed name

  Title  **President**

**18. Signature of attorney**

X **/s/ David B. Salzman**                              Date **August 18, 2025**
  Signature of attorney for debtor                           MM / DD / YYYY

**David B. Salzman**
Printed name

**Campbell & Levine, LLC**
Firm name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **412-261-0310**    Email address

**39360 WV**
Bar number and State

ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD

Dated: August 17, 2025

The undersigned, being the directors (the "Directors") of WEST RIDGE INC., a West Virginia corporation (the "Company"), hereby adopt and ratify the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Directors.

WHEREAS, the Directors have considered the business and financial condition and results of operations of the Company and has determined that it is in the best interests of the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of West Virginia (the "Bankruptcy Court").

NOW THEREFORE, BE IT:

**RESOLVED**, that the Company is authorized and directed to file a petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the purposes of commencing its bankruptcy case and the proper officers of the Company hereby are authorized and empowered to execute and file on behalf of the Company all schedules, lists, motions, applications, pleadings, declarations, and other papers or documents as may be necessary to commence the Chapter 11 Case, appear in all bankruptcy proceedings on behalf of the Company, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Chapter 11 Case, with a view toward the successful prosecution of such case; and it is further

**RESOLVED**, that these Resolutions may be executed in one or more counterparts, each of which will be deemed an original document, but all of which will constitute one and the same instrument; and one or more of such counterparts may be delivered via facsimile transmission, electronic mail or electronic signature in "portable document format" (".pdf") form, or by any other electronic transmission which shall have the same legal force and effect as an original counterpart hereof and shall be placed with the Company's records.

[*Signature Page Follows*]

{C1376692.1 }

WHEREFORE, the undersigned have duly affixed his signature on the date first indicated above.

_____
John David Lynch, Jr., Director

_____
Ryan Lynch, Director

2

WHEREFORE, the undersigned have duly affixed his signature on the date first indicated above.

_____
John David Lynch, Jr., Director

*[signature: Ryan Lynch]*
_____
Ryan Lynch, Director

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **West Ridge Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Falcon Services, LLC** <br> **310 Lawless Road STE 3** <br> **Morgantown, WV 26501-2492** | | | | | | $1,928,640.00 |
| **Anderson Excavating LLC** <br> **343 Williams Road** <br> **Morgantown, WV 26501** | | | | | | $1,917,478.00 |
| **Morgantown Utility Board** <br> **278 Greenbag Rd** <br> **PO Box 852** <br> **Morgantown, WV 26507-0852** | | | | | | $706,548.00 |
| **Buchanan Ingersoll** <br> **One Oxford Centre** <br> **301 Grant Street, 20th Floor** <br> **Pittsburgh, PA 15219** | | | | | | $225,000.00 |
| **Steptoe & Johnson PLLC** <br> **One PPG Place** <br> **Suite 3300** <br> **Pittsburgh, PA 15222** | | | | | | $95,000.00 |
| **Frost Brown Todd** <br> **Union Trust Building** <br> **501 Grant Street, STE 800** <br> **Pittsburgh, PA 15219** | | | | | | $70,500.00 |

| Debtor | **West Ridge Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Thrasher Group**<br>**600 White Oaks Blvd.**<br>**Bridgeport, WV 26330** | | | | | | **$65,469.00** |
| **Schneider Downs & Co., Inc.**<br>**One PPG Place, Suite 1700**<br>**Pittsburgh, PA 15222-5416** | | | | | | **$53,700.00** |
| **Moore Design Associates**<br>**130 Heaven Lane**<br>**Mars, PA 16046** | | | | | | **$40,879.00** |

.

West Ridge Inc.
PO Box 4034
Morgantown, WV 26504


David B. Salzman
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219


Anderson Excavating LLC
343 Williams Road
Morgantown, WV 26501


Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219


Falcon Services, LLC
310 Lawless Road
STE 3
Morgantown, WV 26501-2492


First United Bank & Trust
19 S. Second Street
Oakland, MD 21550


Frost Brown Todd
Union Trust Building
501 Grant Street, STE 800
Pittsburgh, PA 15219


Moore Design Associates
130 Heaven Lane
Mars, PA 16046


Morgantown Utility Board
278 Greenbag Rd
PO Box 852
Morgantown, WV 26507-0852


Schneider Downs & Co., Inc.
One PPG Place, Suite 1700
Pittsburgh, PA 15222-5416

```
Steptoe & Johnson PLLC
One PPG Place
Suite 3300
Pittsburgh, PA 15222


Terradon, Inc.
PO Box 1386
Charleston, WV 25325-1386


Thrasher Group
600 White Oaks Blvd.
Bridgeport, WV 26330
```